# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                         **Case No. 8:25-CR-408-TPB-NHA-1**


**KEON PATRICK KING.**

_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Keon Patrick King, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Public Defender, as counsel for the Defendant, and to withdraw the name of Katherine Moody, Assistant Federal Public Defender, as notice counsel for the Defendant.

DATED this 24th day of July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of July 2026, a true copy of

the foregoing was filed with the Clerk of the Court using the CM/ECF system,

which will send a notice of the electronic filing to:

Whitney Mackay, DOJ- USAO


*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender